FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2025

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| TRE J.<br>*Plaintiff*<br>v.<br>FRANK BISIGNANO, Commissioner of Social Security<br>*Defendant* | Civil Action No. 4:24-cv-5140-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to the Court Order at ECF No. 16, Plaintiff's Motion for Remand for Calculation of Benefits, ECF No. 8, is GRANTED, and The Commissioner's Motion for Remand for Further Proceedings, ECF No. 14, is DENIED.
This matter is REVERSED and REMANDED to the Commissioner of Social Security for immediate calculation and award of benefits.
Judgment is entered for Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea.

Date: 5/28/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Brian Molony
*(By) Deputy Clerk*

Brian Molony